IN THE UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VALERIE BONANINI, JIM BOOTHE, JOLYNN BROWNING, DENISE BUXTON, MICHELLE CRAWFORD, MYRA DEAVEL, LINDA HARDING, KIMBERLY HOLM, MICHELE HUBER-STEARNS, DARLENE JAEGER, WANDA JOHNSON, COLLEEN KAHM, KATHY KOPF, TAYLER LIEBEL, AMY MARTIN, JEAN PARNELL, PATRICIA PETERSON, BRYNN RALPH, TAWNA REDFERN, PATRICIA ROONEY, CHELSEA ROSALES, LENA SCHWARTZMILLER, SUMMER SHARKEY, SHERRY SPEAR, SHEILA STRATFORD, LELAND SWANSON, NOREEN SWANSON, CHEYENNE TAYLOR, DANA THOMPSON, SARA WELDON, Individually and on Behalf of the Class of All Kids Behavioral Health Employees Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA <br><br> Defendant. | CV 19-33-BU-BMM-JCL <br><br> **ORDER GRANTING MOTION TO CONSOLIDATE** |

Plaintiffs have filed an unopposed motion pursuant to Fed R. Civ. P. 42(a) to consolidate this matter with *Montana Federation of Public Employees v. Kids Behavioral Health of Montana, Inc. d/b/a Acadia Montana*, Cause No. 2:19-cv-00035-SEH (D. Mont., Butte Division) with the present case. With good cause appearing, Plaintiffs' motion to consolidate is granted.

Cause No. 2:19-cv-00035-SEH shall be transferred to this Court and consolidated with this action for pretrial proceedings and trial. Within 10 days after the entry of this Order, counsel for the Plaintiffs in the two cases shall coordinate and jointly file an Amended Complaint.

IT IS ALSO ORDERED that pursuant to the Guide for Filing in the District of Montana at page 34 regarding consolidated cases, all documents shall be e-filed in the LEAD case (CV-19-33-BU-BMM-KLD) and spread to the appropriate member case (CV-19-35-BU-SEH), unless otherwise ordered. When prompted to spread, users should answer "yes". If you have any questions before filing any documents, please contact the Clerk's Office.

DATED this 8th day of October, 2019.

_____
Brian Morris
United States District Court Judge