Jean E. Faure (jfaure@faureholden.com)
FAURE HOLDEN ATTORNEYS AT LAW, P.C.
1314 Central Avenue
P.O. Box 2466
Great Falls, Montana 59403-2466
Telephone: (406) 452-6500
Facsimile: (406) 452-6503
Attorneys for Defendant Kids Behavioral Health
of Montana, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| VALERIE BONANINI, et al, | ) | Case No. CV-19-33-BU-BMM-KLD |
| | ) | |
| Plaintiffs, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **ADMISSION PRO HAC VICE** |
| v. | ) | |
| | ) | |
| KIDS BEHAVIORAL HEALTH OF | ) | |
| MONTANA, INC., dba ACADIA | ) | |
| MONTANA, dba ALTACARE OF | ) | |
| MONTANA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| MONTANA FEDERATION OF | ) | CONSOLIDATED CASE: |
| PUBLIC EMPLOYEES, | ) | CV-19-35-BU-SEH |
| Plaintiff, | ) | |
| v. | ) | |
| KIDS BEHAVIORAL HEALTH OF | ) | |
| MONTANA, INC. dba ACADIA | ) | |
| MONTANA, dba ALTACARE OF | ) | |
| MONTANA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Kids Behavioral Health of Montana, Inc., by and through its

counsel Faure Holden Attorneys at Law, P.C., pursuant to Rule 83.1 of the Local Rules of the United States District Court for the District of Montana, respectfully submits its Motion for an order allowing the *pro hac vice* admission of attorneys Mark W. Peters, John E. B. Gerth, and Frederick L. Conrad III to serve as co-counsel before this Court in this matter.

In support of this Motion, and consistent with Rule 83.1(d)(3), the Affidavit of Mark W. Peters is attached at Exhibit 1, the Affidavit of John E. B. Gerth is attached at Exhibit 2, and the Affidavit of Frederick L. Conrad III is attached at Exhibit 3.

Jean E. Faure and Faure Holden Attorneys at Law, P.C., Great Falls, Montana have served, and shall continue to serve, as local counsel for Defendant in this case. We consent to the applications of Mark W. Peters, John E. B. Gerth, and Frederick L. Conrad III for admission *pro hac vice.* Defendant Kids Behavioral Health of Montana, Inc., Mark W. Peters, John E. B. Gerth, and Frederick L. Conrad III, and their firm understand, acknowledge and agree that they and Faure Holden Attorneys at Law, P.C. as local counsel shall abide by Local Rule 83.1(d)(6).

DATED this 9th day of December, 2019.

        BY: */s/ Jean E. Faure*
            Jean E. Faure
            FAURE HOLDEN ATTORNEYS AT LAW, P.C.
            Attorney for Defendant Kids Behavioral Health, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that on the 9th day of December, 2019, a copy of the foregoing document was served upon the individuals whose names and addresses appear below by CM/ECF:

Robert G. McCarthy
bob@mccarthylaw.net

James P. Molloy
jim@galiklawfirm.com

                        BY: */s/ Jean E. Faure*
                              Jean E. Faure
                              FAURE HOLDEN ATTORNEYS AT LAW, P.C.
                              Attorney for Defendant Kids Behavioral Health, Inc.