IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VALERIE BONANINI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA,<br><br>　　　　　　Defendants. | CV 19-33-BU-BMM-KLD<br>(lead case)<br><br>(consolidated with)<br>CV 19-35-BU-SEH<br><br><br>ORDER |
| MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA,<br><br>　　　　　　Defendant. | |

　　　Defendant moves for the admission of Mark W. Peters, John E. B. Gerth,

and Frederick L. Conrad III to practice before this Court in this case with Jean E.

Faure to act as local counsel. Mr. Peters, Mr. Gerth, and Mr. Conrad III's applications appear to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Mark W. Peters, John E. B. Gerth, and Frederick L. Conrad III pro hac vice is GRANTED on the condition that Mr. Peters, Mr. Gerth, and Mr. Conrad III shall do their own work. This means that Mr. Peters, Mr. Gerth, and Mr. Conrad III must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Peters, Mr. Gerth, and Mr. Conrad III, within fifteen (15) days of the date of this Order, each file a pleading acknowledging their admission under the terms set forth above.

DATED this 9th day of December, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge