IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VALERIE BONANINI, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA,<br><br>Defendants. | CV 19-33-BU-BMM-KLD<br>(lead case)<br><br>(consolidated with)<br>CV 19-35-BU-BMM<br><br><br>ORDER |
| MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>Plaintiff,<br><br>vs.<br><br>KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA,<br><br>Defendant. | |

Defendant Kids Behavioral Health of Montana, Inc. has filed an unopposed motion to allow pro hac counsel to participate in the preliminary pretrial

conference scheduled for 1:30 p.m. on December 10, 2019 by telephone. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. Pro hac counsel Mark W. Peters, John E. B. Gerth, and Frederick L. Conrad III shall call 1-877-336-1839 at the designated time to participate in the conference. When prompted, enter the access code 7360693 followed by #.

DATED this 9th day of December, 2019

_____
Kathleen L. DeSoto
United States Magistrate Judge