IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VALERIE BONANINI, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA,<br><br>Defendants,<br><br>MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>Plaintiff,<br><br>vs.<br><br>KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA,<br><br>Defendants. | CV-19-33-BU-BMM-KLD<br><br>(lead case)<br><br>(consolidated with)<br><br>CV-19-35-BU-BMM<br><br>**ORDER** |

Case number CV-19-33-BU-BMM-KLD was referred to Magistrate Judge Kathleen DeSoto on August 5, 2019. (Doc. 4.) Case number CV-19-33-BU-BMM-KLD was consolidated with CV-19-35-BU-BMM on October 8, 2019.

(Doc. 10.) Accordingly, IT IS HEREBY ORDERED that

1. Case number CV-19-35-BU-BMM remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), case number CV-19-35-BU-BMM is referred to the Honorable Kathleen DeSoto, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 16th day of January, 2020.

_____
Brian Morris
United States District Court Judge