IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VALERIE BONANINI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA,<br><br>　　　　　　Defendants. | CV 19-33-BU-BMM-KLD<br>(lead case)<br><br>(consolidated with)<br>CV 19-35-BU-BMM<br><br><br>ORDER |
| MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KIDS BEHAVIORAL HEALTH OF MONTANA, INC., dba ACADIA MONTANA, dba ALTACARE OF MONTANA,<br><br>　　　　　　Defendant. | |

　　　　On December 9, 2019, Defendant Kids Behavioral Health of Montana, Inc. ("KBH") filed a motion to dismiss Plaintiff Montana Federation of Public Employees ("the Union") from this lawsuit either for lack of standing pursuant to

Federal Rule of Civil Procedure 12(b)(6) or for bringing a duplicative claim pursuant to the doctrine against claim splitting. (Doc. 13). On December 12, 2019, the Union filed a motion for an extension of time to respond to KBH's motion to dismiss. (Doc. 28). The Court granted the Union's motion and extended the deadline for responding to KBH's motion to dismiss until January 15, 2020. (Doc. 29). As of the date of this Order, however, the Union has not filed a response to KBH's motion to dismiss or sought another extension of time. Accordingly,

Accordingly, IT IS ORDERED that, on or before January 27, 2020, the Union file either a response, or a motion for a second extension of time to respond.

DATED this 22nd day of January, 2020.

Kathleen L. DeSoto
United States Magistrate Judge